CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTINE CHEN (CABN 327581)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7291
FAX: (415) 436-7234
Christine.Chen@usdoj.gov

Attorneys for United States of America

FILED

Nov 20 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANGEL AGUILAR,<br>Defendant. | CASE NO. 3:25-mj-71396 MAG<br>MOTION FOR SEALING ORDER<br>**UNDER SEAL** |

The United States, by and through its counsel, Special Assistant United States Attorney Christine Chen, moves this Court for an order sealing the government's application for a sealing order, the sealing order, the complaint, the arrest warrant, and all attachments in the above-referenced case. Disclosure of the specified documents might jeopardize the defendant's arrest. The United States requests that the arrest warrant be unsealed after it has been executed.

Accordingly, the United States requests that the Court seal these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be

//

//

permitted to share these documents as necessary to comply with its discovery obligations, and with the Federal Bureau of Investigation and other law enforcement agencies as needed.

DATED: November 20, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*<u>/s/ Christine Chen</u>*
Christine Chen
Special Assistant United States Attorney