CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTINE CHEN (CABN 327581)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7291
    FAX: (415) 436-7234
    Christine.Chen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:26-CR-00232-CRB |
|     Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND TO EXCLUDE TIME FROM JUNE 17, 2026, TO JULY 1, 2026, AND [~~PROPOSED~~] ORDER |
|    v. | |
| ANGEL AGUILAR, | |
|     Defendant. | |

The above-captioned matter is scheduled for a change of plea hearing on June 17, 2026, at 10:00 a.m. Dkt. 26. It is hereby stipulated by and between counsel for the United States and counsel for the defendant Angel Aguilar, that the change of plea hearing be continued to July 1, 2026, and that time be excluded under the Speedy Trial Act from June 17, 2026, through July 1, 2026.

Counsel for the United States must appear in a hearing for another matter on June 17, 2026, at 10:00 a.m. Accordingly, the parties agree to continue the change of plea hearing in this matter to July 1, 2026, at 10:00 a.m. In addition, the government and counsel for the defendant agree that time should be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason, the parties stipulate and agree that excluding time until July 1, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C.

§ 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from June 17, 2026, through July 1, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: May 15, 2026

_____/s/_____
CHRISTINE CHEN
Assistant United States Attorney

DATED: May 15, 2026

_____/s/_____
ANA BOTELLO
Counsel for Defendant Angel Aguilar

### [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court continues the change of plea hearing from June 17, 2026, to July 1, 2026, and finds that failing to exclude the time from June 17, 2026, through July 1, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from June 17, 2026, to July 1, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the change of plea hearing is continued from June 17, 2026, to July 1, 2026, and that the time from June 17, 2026, through July 1, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: ___May 15, 2026___

_____
CHARLES R. BREYER
United States District Judge