JODI LINKER
Federal Public Defender
Northern District of California
ANA BOTELLO
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    (415) 436-7700
Facsimile:    (415) 436-7706
Email:        ana_botello@fd.org

Counsel for Defendant AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL AGUILAR,<br><br>Defendant. | **Case No.:** 3:26-CR-00232-CRB<br><br>**STIPULATION AND ORDER TO REMOVE ANKLE MONITOR FOR MEDICAL APPOINTMENT** |

Mr. Aguilar made his initial appearance before this Court on December 4, 2025. (Doc. 4). He was ordered released the same day with conditions. (Doc. 8). His conditions were ordered modified on December 17, 2025. (Doc. 16). For over six months, Mr. Aguilar has had no violations of his pretrial release. In the past, this Court has permitted Mr. Aguilar to have his ankle monitor removed to attend a CT medical screening without issue. (Doc. 15)

Mr. Aguilar is again scheduled to appear for another medical screening on July 3, 2026 at 11:45 a.m. at Kaiser South Sacramento for which he will need to have his ankle monitor removed in the hours prior to and hours after his appointment to allow for travel.

STIPULATED ORDER
*AGUILAR*, 25-71396 MAG

The parties and Pretrial Services conferred and agree that: Mr. Aguilar is directed to make arrangements with his Pretrial Services Officer to facilitate removal and reinstallation of his ankle monitor for his July 3, 2026 medical screening.

IT IS SO STIPULATED.

June 22, 2026
Dated

CRAIG MISSAKIAN
United States Attorney
Northern District of California

/S
CHRISTINE CHEN
Assistant United States Attorney

June 22, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S
ANA BOTELLO
Assistant Federal Public Defender

IT IS SO ORDERED.

June 22, 2026
Dated

THOMAS S. HIXSON
United States Magistrate Judge

STIPULATED ORDER *AGUILAR*,
25-71396 MAG