**PROPOSED ORDER/COVER SHEET**

**TO:** **The Honorable Thomas S. Hixson**
**U.S. Magistrate Judge**

**RE:** **AGUILAR, Angel**

**FROM:** **Silvio Lugo , Chief**
**U.S. Pretrial Services Officer**

**Docket No.:** **3:26-CR-00232-CRB-1**

**Date:** **10/26/26**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Brad Wilson, Specialist — 415-837-3962

United States Pretrial Services Officer — **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ____________ on ____________ at ____________.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge ____________ Presiding District Court Judge ____________

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

1. **Remove the condition that the defendant is subject to a curfew from 12:00 a.m. to 10:00 a.m.**
2. **Add the condition that the defendant is subject to home detention and may only leave his residence for the following purposes: employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, court approved obligations, or other activities approved in advance by the Court.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[signature] — October 27, 2026

**JUDICIAL OFFICER** — **DATE**

Thomas S. Hixson
U.S. Magistrate Judge